IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-03-00397-CV

 

The State Office 

of RiSk Management,

                                                                      Appellant

 v.

 

Charisse A. Conley,

                                                                      Appellee

 

 



From the 361st District Court

Brazos County, Texas

Trial Court # 52,029-361

 



DISSENTING Opinion



 








There is not a lot of legal precedent for common
sense.  In this case, it is undisputed
The State Office of Risk Management has paid Conley $8,308.95 more than she was
entitled.  The State Office of Risk
Management should be allowed to deduct this overpayment from amounts that would
otherwise be paid to Conley in the future. 
It’s just common sense.  The
majority cites no authority that prevents the application of common sense.  The majority does not apply common
sense.  I would.  Therefore, I dissent.

 

                                                          TOM
GRAY

                                                          Chief Justice

 

Dissenting
opinion delivered and filed March 30, 2005

[CV06]